UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

HUU THO NGUYEN,

Plaintiff,

v.

Case No. 26-cv-1273

DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants.

---

**ORDER**

---

This matter comes before the Court upon the defendants' expedited, non-dispositive motion for a 75-day extension of time, from September 25, 2026, to December 9, 2026, to respond to the plaintiff's complaint. For the reasons set forth in the defendants' motion, the motion is granted. Defendants shall answer or otherwise respond to the complaint on or before December 9, 2026.

IT IS SO ORDERED.

Dated at Milwaukee, Wisconsin this ______ day of ______, 2026.

BY THE COURT:

______________________________
HONORABLE WILLIAM E. DUFFIN
United States Magistrate Judge